IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**JARET NAVEDO-MELENDEZ, ET AL.**<br>Defendants. | Criminal No. 16-591(GAG) |

**UNITED STATES' MOTION IN COMPLIANCE WITH COURT ORDER (ECF NO. 618)**

**TO THE HONORABLE COURT:**

    **COMES NOW** the United States of America, by and through the undersigned attorney and very respectfully states and prays as follows:

    1. The United States respectfully informs the Court of the status of the above-referenced case:

        a. Since the last status conference, a second evidence inspection was held on August 1-3, 2017 from 9:30am to 3:30pm on each of those dates.

        b. Undersigned counsel has received counteroffers from a number of defendants.

        c. Plea negotiations are ongoing.

**INTENTIONALLY BLANK**

**WHEREFORE**, the United States of America respectfully requests that this Honorable Court takes notice of the aforementioned.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 11th day of November, 2017.

**ROSA E. RODRIGUEZ-VÉLEZ**
United States Attorney

*s/ Vanessa E. Bonhomme*
Vanessa E. Bonhomme
Assistant U. S. Attorney - U.S.D.C. G01817
Torre Chardón, Suite 1201
350 Carlos Chardón Street
Hato Rey, Puerto Rico 00918

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 11th day of November, 2017.

**ROSA E. RODRIGUEZ-VÉLEZ**
United States Attorney

*s/ Vanessa E. Bonhomme*
Vanessa E. Bonhomme
Assistant U. S. Attorney - U.S.D.C. G01817