# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 9:50 AM
Ended: 9:57 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona            DATE: March 13th, 2018

COURT REPORTER: Evilys Carrion                      **CASE #: CR-16-591 (GAG)**

---

UNITED STATES OF AMERICA                            **ATTORNEYS:**

                                                      AUSA Maria Montanez

        VS.

| Defendant | Attorney |
|---|---|
| [1] JARET NAVEDO-MELENDEZ; | Diego Alcala-Laboy |
| [3] JOSE DAVIER CARVENTE-GUZMAN; | Jose Romo-Matienzo |
| [4] KILPATRICK ACOSTA-CRUZ; | Humberto Guzman (substituted by Atty. Sanchez) |
| [5] SERGIO E. SANTA-OTERO; | Juan Masini (excused) |
| [6] JEANCRISTH REYES-MASSO; | Carlos Sanchez |
| [7] CARLOS HERNANDEZ-RODRIGUEZ; | Jorge Vega-Pacheco |
| [8] ANGEL ROMAN-AYALA; | Ruben Cerezo |
| [10] ELBA IRIS ESTRADA-NEGRON; | Juan Matos-De Juan (substituted by Atty. Sanchez) |
| [11] RAFAEL O. ALVAREZ-CRUZ; | Francisco Adams |
| [12] NOEL MANZANO-CINTRON; | Laura Maldonado |
| [13] CARLOS HERNANDEZ-RODRIGUEZ; | Juan Alvarez-Cobian (not present) |
| [15] KENNY RODRIGUEZ-RODRIGUEZ; | Thomas Lincoln-San Juan |
| [16] LUIS A. RIOS-PEREZ; | Olga Shepard |
| [17] ANIBAL GONZALEZ-BURGOS; | Rachel Brill |
| [18] JOEL OZUNA-RIVERA; | Leonardo Aldridge (substituted by Atty. Chico) |
| [19] ROBERTO ROMERO-RIVERA; | Miriam Ramos-Grateroles (not present) |
| [20] ABRAHAM MARCANO-MELENDEZ; | Ovidio Zayas (substituted by Atty. Rodriguez) |
| [21] BENJAMIN SANTANA-GARCIA; | Javier Cuyar-Olivo (substituted by Atty. Adams) |
| [23] ALEXANDER PALOMARES-ORTIZ; | Victor Chico |
| [24] ANGEL REYES-COLON; | Ernesto Hernandez-Milan (not present) |
| [25] JOSHUA CAMPOS; | Saul Roman-Santiago |
| [26] BRENDA RIOS-PEREZ; | Ignacio Fernandez (not present) |
| [27] EDWIN AMILL ROJAS; | Ramon Garay-Medina |
| [29] VICTOR FELIX-MORALES; | Marta Rey-Cacho (substituted by Atty. Bisbal) |
| [32] SAMUEL URBINA-ORTIZ; | Luz Rios-Rosario (substituted by Atty. Sanchez) |
| [34] WILLIAM HOMMY BACHIER-FEBRES; | Jose Velez-Goveo |
| [36] BLANCA AURORA CALO-VAZQUEZ; | Raymond Sanchez |
| [37] MIGUEL DEL VALLE-LOPEZ; | Mariangela Tirado-Vales |
| [39] IVAN MATOS-MORALES; | Richard Dansoh (substituted by Atty. Chico) |
| [40] ZULMA RIVERA-BENITEZ; | Jose Gaztambide-Aneses |
| [42] CHRISTOPHER ANDINO-ARROYO; | Miguel Oppenheimer |
| [43] JOSE A. VAZQUEZ-ROSARIO; | Ismael Rodriguez-Izquierdo |
| [44] EZEQUIEL CORTEZ-RODRIGUEZ; | Julio Alejandro Serrano |
| [45] ERICK ANDRADES-TORRES; | Luis Guzman-Dupont |
| [46] ANGEL QUINTANA-MORENO; | Raul Mariani-Franco (substituted by Atty. Adams) |
| [47] MOISES GONZALEZ-PADILLA; | Francisco Ortiz-Garcia |

| | |
|---|---|
| [51] JOSE A. LOPEZ-MAGRIS; | Marie Cortes-Cortes (substituted by Atty. Tirado) |
| [55] JUAN QUIROZ-GUTIERREZ; | Rosa Bonini-Laracuente |
| [56] FRANCHELY MARTINEZ-CACHO; | Hector Dauhajre |
| [57] ALEXIS CALO-VAZQUEZ; | Carlos E. Beck (not present) |
| [58] LUZ COLON-MARTINEZ; | Kendys Pimentel-Soto |
| [60] RAMON SOBERAL-PEREZ; | Peter Diaz-Santiago (not present) |
| [61] BABE RIOS-FUENTES; | Antonio Bisbal-Bultron |
| [64] JOHN FONTANEZ-GONZALEZ; | Edgar Sanchez |
| [67] MARIA IVELISSE VALCARCEL; | Eduardo Ferrer |
| [68] GENESIS RUIZ-LUGO; | Johnny Rivera-Gonzalez |
| [69] KEVIN WILLIAM-PENA; | Ramon Gonzalez-Santiago |
| [70] RAUL GALARZA-ROSADO; | Luis Rodriguez-Munoz |
| [72] RAFAEL TORRES-VAZQUEZ. | Jose Arce-Diaz |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that discovery had been provided and plea offers had been tendered. The government also stated they were in the process of meeting with counsel that had requested so.

Atty. Brill and Atty. Lincoln voiced concerned about defendants that had been transferred from MDC to Bayamon and the conditions at the Bayamon prison.

Atty. Sanchez-Maceira discussed the motion to suppress regarding his defendant.

**Further Status Conference is set for June 6th, 2018 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk