Attachment

Attachment

*OFICINA DE LOS DEFENSORES FEDERALES*
*DISTRITO DE PUERTO RICO*

## CONOZCA SUS DERECHOS

Folleto para el Cliente




---

**Office of the Federal Public Defender**

241 F.D. Roosevelt Avenue
San Juan, Puerto Rico 00918-2441

Oficina (787) 281-4922
Fax (787) 281-4899

www.fpdpr.com



---

## SUS DERECHOS



- Usted tiene el derecho de tener contacto razonable con su abogado.

- Usted tiene el derecho a una explicación completa de los cargos en su contra, y de cualquier defensa posible.

- Usted tiene el derecho de que lo mantengan informado sobre el progreso de su caso.

- Usted tiene el derecho de tener copias de toda la correspondencia, documentos legales y órdenes de la corte sometidos o recibidos en su nombre.

- Usted tiene el derecho de decidir si va a declararse culpable o proceder a juicio.

- Si usted va a juicio, usted tiene el derecho de decidir si usted va a declarar o no.