# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

Scheduled: 9:00 AM
Started: 9:52 AM
Ended: 9:57 AM

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona         DATE: June 6th, 2018

COURT REPORTER: Evilys Carrion         **CASE #: CR-16-591 (GAG)**

---

| UNITED STATES OF AMERICA | **ATTORNEYS:** |
|---|---|
| | AUSA Vanessa Bonhomme |
| VS. | |
| [1] JARET NAVEDO-MELENDEZ; | Diego Alcala-Laboy (not present) |
| [2] JULIO GONZALEZ-BURGOS; | Melanie Carrillo |
| [3] JOSE DAVIER CARVENTE-GUZMAN; | Jose Romo-Matienzo |
| [4] KILPATRICK ACOSTA-CRUZ; | Humberto Guzman |
| [5] SERGIO E. SANTA-OTERO; | Juan Masini (not present) |
| [6] JEANCRISTH REYES-MASSO; | Carlos Sanchez (not present) |
| [7] CARLOS HERNANDEZ-RODRIGUEZ; | Jorge Vega-Pacheco (not present) |
| [8] ANGEL ROMAN-AYALA; | Ruben Cerezo |
| [9] JESSENIA DIAZ-COLON; | Jose Novas-debien (not present) |
| [10] ELBA IRIS ESTRADA-NEGRON; | Juan Matos-De Juan |
| [11] RAFAEL O. ALVAREZ-CRUZ; | Francisco Adams |
| [12] NOEL MANZANO-CINTRON; | Laura Maldonado |
| [13] CARLOS HERNANDEZ-RODRIGUEZ; | Juan Alvarez-Cobian |
| [15] KENNY RODRIGUEZ-RODRIGUEZ; | Thomas Lincoln-San Juan (not present) |
| [16] LUIS A. RIOS-PEREZ; | Olga Shepard |
| [17] ANIBAL GONZALEZ-BURGOS; | Rachel Brill |
| [18] JOEL OZUNA-RIVERA; | Leonardo Aldridge |
| [19] ROBERTO ROMERO-RIVERA; | Miriam Ramos-Grateroles |
| [20] ABRAHAM MARCANO-MELENDEZ; | Ovidio Zayas |
| [21] BENJAMIN SANTANA-GARCIA; | Giovanni Canino (not present) |
| [24] ANGEL REYES-COLON; | Ernesto Hernandez-Milan |
| [25] JOSHUA CAMPOS; | Saul Roman-Santiago |
| [26] BRENDA RIOS-PEREZ; | Ignacio Fernandez (not present) |
| [27] EDWIN AMILL ROJAS; | Ramon Garay-Medina (not present) |
| [29] VICTOR FELIX-MORALES; | Marta Rey-Cacho (substituted by Atty. Bisbal) |
| [32] SAMUEL URBINA-ORTIZ; | Luz Rios-Rosario |
| [34] WILLIAM HOMMY BACHIER-FEBRES; | Jose Velez-Goveo |
| [36] BLANCA AURORA CALO-VAZQUEZ; | Raymond Sanchez |
| [40] ZULMA RIVERA-BENITEZ; | Jose Gaztambide-Aneses (not present) |
| [42] CHRISTOPHER ANDINO-ARROYO; | Miguel Oppenheimer |
| [43] JOSE A. VAZQUEZ-ROSARIO; | Ismael Rodriguez-Izquierdo |
| [44] EZEQUIEL CORTEZ-RODRIGUEZ; | Julio Alejandro Serrano |
| [45] ERICK ANDRADES-TORRES; | Luis Guzman-Dupont |
| [46] ANGEL QUINTANA-MORENO; | Raul Mariani-Franco (substituted by Atty. Adams) |
| [47] MOISES GONZALEZ-PADILLA; | Francisco Ortiz-Garcia |
| [51] JOSE A. LOPEZ-MAGRIS; | Marie Cortes-Cortes |

| | |
|---|---|
| [55] JUAN QUIROZ-GUTIERREZ; | Rosa Bonini-Laracuente (not present) |
| [56] FRANCHELY MARTINEZ-CACHO; | Hector Dauhajre |
| [57] ALEXIS CALO-VAZQUEZ; | Carlos E. Beck |
| [58] LUZ COLON-MARTINEZ; | Kendys Pimentel-Soto (not present) |
| [60] RAMON SOBERAL-PEREZ; | Peter Diaz-Santiago |
| [61] BABE RIOS-FUENTES; | Antonio Bisbal-Bultron |
| [64] JOHN FONTANEZ-GONZALEZ; | Edgar Sanchez (substituted by Atty. Matos) |
| [67] MARIA IVELISSE VALCARCEL; | Eduardo Ferrer |
| [68] GENESIS RUIZ-LUGO; | Johnny Rivera-Gonzalez |
| [69] KEVIN WILLIAM-PENA; | Ramon Gonzalez-Santiago (substituted by Atty. Bisbal) |
| [70] RAUL GALARZA-ROSADO; | Luis Rodriguez-Munoz (substituted by Atty. Bisbal) |
| [72] RAFAEL TORRES-VAZQUEZ. | Jose Arce-Diaz |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that progress had been made and that they were engaged in active plea negotiations with attorneys for the defense. The government also indicated that at least 2 defendants had been recently arrested.

Atty. Maldonado stated that her client had an older pending case before PAD and that a motion to consolidate with this case would be filed.

Atty. Sanchez-Maceira indicated he was waiting for his client to be brought back to the jurisdiction.

**Further Status Conference is set for September 17th, 2018 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk