**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona          DATE: October 10th, 2018

COURT REPORTER: Evilys Carrion                    **CASE #: CR-16-591 (GAG)**

---

| UNITED STATES OF AMERICA | **ATTORNEYS:** |
|---|---|
| | AUSA Vanessa Bonhomme |
| VS. | |
| [1] JARET NAVEDO-MELENDEZ; | Diego Alcala-Laboy (substituted by Atty. Dauhajre) |
| [2] JULIO GONZALEZ-BURGOS; | Melanie Carrillo |
| [3] JOSE DAVIER CARVENTE-GUZMAN; | Jose Romo-Matienzo |
| [4] KILPATRICK ACOSTA-CRUZ; | Humberto Guzman (substituted by Atty. Gonzalez) |
| [5] SERGIO E. SANTA-OTERO; | Juan Masini |
| [6] JEANCRISTH REYES-MASSO; | Carlos Sanchez (not present) |
| [7] CARLOS HERNANDEZ-RODRIGUEZ; | Jorge Vega-Pacheco |
| [8] ANGEL ROMAN-AYALA; | Ruben Cerezo |
| [9] JESSENIA DIAZ-COLON; | Jose Novas-debien |
| [10] ELBA IRIS ESTRADA-NEGRON; | Juan Matos-De Juan |
| [11] RAFAEL O. ALVAREZ-CRUZ; | Francisco Adams |
| [12] NOEL MANZANO-CINTRON; | Laura Maldonado |
| [13] CARLOS HERNANDEZ-RODRIGUEZ; | Juan Alvarez-Cobian |
| [14] ALEXANDER DIAZ-DE JESUS; | Robert Odasz (substituted by Atty. Rivera) |
| [15] KENNY RODRIGUEZ-RODRIGUEZ; | Thomas Lincoln-San Juan |
| [16] LUIS A. RIOS-PEREZ; | Olga Shepard (not present) |
| [17] ANIBAL GONZALEZ-BURGOS; | Rachel Brill (not present) |
| [18] JOEL OZUNA-RIVERA; | Leonardo Aldridge |
| [19] ROBERTO ROMERO-RIVERA; | Miriam Ramos-Grateroles |
| [20] ABRAHAM MARCANO-MELENDEZ; | Ovidio Zayas (substituted by Atty. Diaz) |
| [21] BENJAMIN SANTANA-GARCIA; | Giovanni Canino |
| [24] ANGEL REYES-COLON; | Ernesto Hernandez-Milan |
| [25] JOSHUA CAMPOS; | Saul Roman-Santiago |
| [26] BRENDA RIOS-PEREZ; | Ignacio Fernandez (not present) |
| [27] EDWIN AMILL ROJAS; | Ramon Garay-Medina |
| [32] SAMUEL URBINA-ORTIZ; | Luz Rios-Rosario |
| [34] WILLIAM HOMMY BACHIER-FEBRES; | Jose Velez-Goveo |
| [36] BLANCA AURORA CALO-VAZQUEZ; | Raymond Sanchez |
| [40] ZULMA RIVERA-BENITEZ; | Jose Gaztambide-Aneses |
| [43] JOSE A. VAZQUEZ-ROSARIO; | Ismael Rodriguez-Izquierdo |
| [46] ANGEL QUINTANA-MORENO; | Raul Mariani-Franco |
| [47] MOISES GONZALEZ-PADILLA; | Ian Garcia |
| [50] KAREN RIVERA-FIGUEROA; | Alex Rosa |
| [51] JOSE A. LOPEZ-MAGRIS; | Marie Cortes-Cortes |
| [55] JUAN QUIROZ-GUTIERREZ; | Rosa Bonini-Laracuente |
| [56] FRANCHELY MARTINEZ-CACHO; | Hector Dauhajre |

| | |
|---|---|
| [57] ALEXIS CALO-VAZQUEZ; | Carlos E. Beck |
| [58] LUZ COLON-MARTINEZ; | Kendys Pimentel-Soto (not present) |
| [60] RAMON SOBERAL-PEREZ; | Peter Diaz-Santiago |
| [64] JOHN FONTANEZ-GONZALEZ; | Edgar Sanchez (substituted by Atty. Matos) |
| [67] MARIA IVELISSE VALCARCEL; | Eduardo Ferrer |
| [68] GENESIS RUIZ-LUGO; | Johnny Rivera-Gonzalez |
| [69] KEVIN WILLIAM-PENA; | Ramon Gonzalez-Santiago |
| [70] RAUL GALARZA-ROSADO; | Luis Rodriguez-Munoz |
| [72] RAFAEL TORRES-VAZQUEZ. | Jose Arce-Diaz (substituted by Atty. Velez-Goveo) |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that several defendants had filed change of plea motions. The government also stated that the parties were engaged in plea negotiations.

**Further Status Conference is set for January 22nd, 2019 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk