**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Scheduled: 9:00 AM
Started: 10:12 AM
Ended: 10:16 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona  DATE: January 22nd, 2019

COURT REPORTER: Evilys Carrion  **CASE #: CR-16-591 (GAG)**

---

UNITED STATES OF AMERICA             **ATTORNEYS:**

                                     AUSA Max Perez

VS.

| Defendant | Attorney |
|---|---|
| [1] JARET NAVEDO-MELENDEZ; | Diego Alcala-Laboy |
| [2] JULIO GONZALEZ-BURGOS; | Melanie Carrillo |
| [3] JOSE DAVIER CARVENTE-GUZMAN; | Jose Romo-Matienzo |
| [4] KILPATRICK ACOSTA-CRUZ; | Humberto Guzman |
| [5] SERGIO E. SANTA-OTERO; | Juan Masini (substituted by Atty. Bisbal) |
| [6] JEANCRISTH REYES-MASSO; | Carlos Sanchez (not present) |
| [7] CARLOS HERNANDEZ-RODRIGUEZ; | Jorge Vega-Pacheco |
| [8] ANGEL ROMAN-AYALA; | Ruben Cerezo |
| [9] JESSENIA DIAZ-COLON; | Jose Novas-debien (substituted by Atty. Adams) |
| [10] ELBA IRIS ESTRADA-NEGRON; | Juan Matos-De Juan (substituted by Atty. Sanchez) |
| [11] RAFAEL O. ALVAREZ-CRUZ; | Francisco Adams |
| [12] NOEL MANZANO-CINTRON; | Laura Maldonado |
| [13] CARLOS HERNANDEZ-RODRIGUEZ; | Juan Alvarez-Cobian (not present) |
| [14] ALEXANDER DIAZ-DE JESUS; | Robert Odasz (substituted by Atty. Rivera) |
| [15] KENNY RODRIGUEZ-RODRIGUEZ; | Thomas Lincoln-San Juan |
| [16] LUIS A. RIOS-PEREZ; | Olga Shepard |
| [17] ANIBAL GONZALEZ-BURGOS; | Rachel Brill |
| [18] JOEL OZUNA-RIVERA; | Leonardo Aldridge |
| [19] ROBERTO ROMERO-RIVERA; | Miriam Ramos-Grateroles |
| [20] ABRAHAM MARCANO-MELENDEZ; | Ovidio Zayas |
| [21] BENJAMIN SANTANA-GARCIA; | Giovanni Canino (substituted by Atty. Adams) |
| [24] ANGEL REYES-COLON; | Ernesto Hernandez-Milan |
| [25] JOSHUA CAMPOS; | Saul Roman-Santiago |
| [26] BRENDA RIOS-PEREZ; | Ignacio Fernandez (not present) |
| [27] EDWIN AMILL ROJAS; | Ramon Garay-Medina |
| [30] MARK A. MONTANER-MELENDEZ; | Jorge Gerena (not present) |
| [32] SAMUEL URBINA-ORTIZ; | Luz Rios-Rosario |
| [34] WILLIAM HOMMY BACHIER-FEBRES; | Jose Velez-Goveo (substituted by Atty. Arce) |
| [40] ZULMA RIVERA-BENITEZ; | Jose Gaztambide (substituted by Atty. Rivera) |
| [43] JOSE A. VAZQUEZ-ROSARIO; | Ismael Rodriguez-Izquierdo |
| [46] ANGEL QUINTANA-MORENO; | Raul Mariani-Franco (substituted by Atty. Adams) |
| [47] MOISES GONZALEZ-PADILLA; | Ian Garcia |
| [50] KAREN RIVERA-FIGUEROA; | Alex Rosa (substituted by Atty. Sanchez) |
| [51] JOSE A. LOPEZ-MAGRIS; | Marie Cortes-Cortes |
| [54] CARLOS GOMEZ; | Jose G. Perez |
| [55] JUAN QUIROZ-GUTIERREZ; | Rosa Bonini (substituted by Atty. Gonzalez) |

| | |
|---|---|
| [57] ALEXIS CALO-VAZQUEZ; | Carlos E. Beck |
| [58] LUZ COLON-MARTINEZ; | Kendys Pimentel-Soto (not present) |
| [60] RAMON SOBERAL-PEREZ; | Peter Diaz-Santiago (not present) |
| [64] JOHN FONTANEZ-GONZALEZ; | Edgar Sanchez |
| [67] MARIA IVELISSE VALCARCEL; | Eduardo Ferrer |
| [68] GENESIS RUIZ-LUGO; | Johnny Rivera-Gonzalez |
| [69] KEVIN WILLIAM-PENA; | Ramon Gonzalez-Santiago |
| [70] RAUL GALARZA-ROSADO; | Luis Rodriguez-Munoz |
| [72] RAFAEL TORRES-VAZQUEZ. | Jose Arce-Diaz |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that AUSA Bonhomme was working on 8 to 10 plea offers and that plea negotiations were ongoing. The government also requested a lengthy change of plea deadline.

Atty. Brill voiced her opposition to a lengthy change of plea deadline since her client has been detained at Bayamon 705 for more than a year.

Atty. Alcala indicated he was in the process of coordinating a meeting with AUSA Bonhomme to discuss negotiations and stated he had not received a plea offer.

Atty. Romo stated his client had a pending jury trial set for February 19, 2019.

**Outstanding discovery is due by 2/15/2019. All plea offers are due by 2/15/2019. Change of plea deadline is 5/8/2019. Further Status Conference is set for May 8th, 2019 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk