# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona      DATE: July 19th, 2019

COURT REPORTER: Evilys Carrion      **CASE #: CR-16-591 (GAG)**

---

UNITED STATES OF AMERICA      **ATTORNEYS:**

AUSA Kelly Zenon

VS.

| | |
|---|---|
| [1] JARET NAVEDO-MELENDEZ; | Diego Alcala-Laboy |
| [2] JULIO GONZALEZ-BURGOS; | Melanie Carrillo (not present) |
| [3] JOSE DAVIER CARVENTE-GUZMAN; | Jose Romo-Matienzo (not present) |
| [4] KILPATRICK ACOSTA-CRUZ; | Humberto Guzman |
| [5] SERGIO E. SANTA-OTERO; | Juan Masini (substituted by Atty. Cerezo) |
| [6] JEANCRISTH REYES-MASSO; | Carlos Sanchez |
| [7] CARLOS HERNANDEZ-RODRIGUEZ; | Jorge Vega-Pacheco |
| [8] ANGEL ROMAN-AYALA; | Ruben Cerezo |
| [9] JESSENIA DIAZ-COLON; | Jose Novas-debien (not present) |
| [10] ELBA IRIS ESTRADA-NEGRON; | Juan Matos-De Juan |
| [11] RAFAEL O. ALVAREZ-CRUZ; | Francisco Adams |
| [12] NOEL MANZANO-CINTRON; | Laura Maldonado |
| [13] CARLOS HERNANDEZ-RODRIGUEZ; | Juan Alvarez-Cobian |
| [14] ALEXANDER DIAZ-DE JESUS; | Robert Odasz (substituted by Atty. Ramos) |
| [15] KENNY RODRIGUEZ-RODRIGUEZ; | Thomas Lincoln-San Juan |
| [16] LUIS A. RIOS-PEREZ; | Olga Shepard |
| [19] ROBERTO ROMERO-RIVERA; | Miriam Ramos-Grateroles |
| [20] ABRAHAM MARCANO-MELENDEZ; | Ovidio Zayas |
| [21] BENJAMIN SANTANA-GARCIA; | Giovanni Canino (substituted by Atty. Arce) |
| [24] ANGEL REYES-COLON; | Ernesto Hernandez-Milan (substituted by Atty. De Luna) |
| [25] JOSHUA CAMPOS; | Saul Roman-Santiago |
| [26] BRENDA RIOS-PEREZ; | Ignacio Fernandez (not present) |
| [27] EDWIN AMILL ROJAS; | Ramon Garay-Medina (not present) |
| [30] MARK A. MONTANER-MELENDEZ; | Jorge Gerena |
| [32] SAMUEL URBINA-ORTIZ; | Luz Rios-Rosario |
| [34] WILLIAM HOMMY BACHIER-FEBRES; | Jose Velez-Goveo |
| [40] ZULMA RIVERA-BENITEZ; | Jose Gaztambide |
| [46] ANGEL QUINTANA-MORENO; | Yassmin Gonzalez (substituted by Atty. Cerezo) |
| [47] MOISES GONZALEZ-PADILLA; | Ian Garcia |
| [50] KAREN RIVERA-FIGUEROA; | Alex Rosa (not present) |
| [51] JOSE A. LOPEZ-MAGRIS; | Marie Cortes-Cortes |
| [54] CARLOS GOMEZ; | Jose G. Perez |
| [55] JUAN QUIROZ-GUTIERREZ; | Rosa Bonini |
| [58] LUZ COLON-MARTINEZ; | Kendys Pimentel-Soto (not present) |
| [59] JOSE ENRIQUE BATISTA; | David Ramos |
| [64] JOHN FONTANEZ-GONZALEZ; | Edgar Sanchez |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that the case has been moving along, several defendants have filed change of plea motions since the last status and plea negotiations are ongoing with remaining defendants.

**Further Status Conference is set for October 21st, 2019 at 9:00 AM in Old San Juan Courtroom before Judge  Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk