# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled: 9:00 AM
Started: 10:09 AM
Ended: 10:11 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona  DATE: October 21st, 2019

COURT REPORTER: Evilys Carrion  **CASE #: CR-16-591 (GAG)**

UNITED STATES OF AMERICA  **ATTORNEYS:**

AUSA Max Perez

VS.

| Defendant | Attorney |
|---|---|
| [1] JARET NAVEDO-MELENDEZ; | Diego Alcala-Laboy |
| [2] JULIO GONZALEZ-BURGOS; | Melanie Carrillo |
| [3] JOSE DAVIER CARVENTE-GUZMAN; | Jose Romo-Matienzo |
| [4] KILPATRICK ACOSTA-CRUZ; | Humberto Guzman |
| [5] SERGIO E. SANTA-OTERO; | Juan Masini |
| [6] JEANCRISTH REYES-MASSO; | Carlos Sanchez (not present) |
| [7] CARLOS HERNANDEZ-RODRIGUEZ; | Jorge Vega-Pacheco |
| [8] ANGEL ROMAN-AYALA; | Ruben Cerezo |
| [9] JESSENIA DIAZ-COLON; | Jose Novas-debien (not present) |
| [10] ELBA IRIS ESTRADA-NEGRON; | Juan Matos-De Juan (substituted by Atty. Adams) |
| [11] RAFAEL O. ALVAREZ-CRUZ; | Francisco Adams |
| [12] NOEL MANZANO-CINTRON; | Laura Maldonado (substituted by Atty. Roman) |
| [13] CARLOS HERNANDEZ-RODRIGUEZ; | Juan Alvarez-Cobian (not present) |
| [14] ALEXANDER DIAZ-DE JESUS; | Robert Odasz (not present) |
| [15] KENNY RODRIGUEZ-RODRIGUEZ; | Thomas Lincoln-San Juan |
| [16] LUIS A. RIOS-PEREZ; | Olga Shepard |
| [19] ROBERTO ROMERO-RIVERA; | Miriam Ramos-Grateroles (not present) |
| [20] ABRAHAM MARCANO-MELENDEZ; | Ovidio Zayas |
| [21] BENJAMIN SANTANA-GARCIA; | Giovanni Canino (not present) |
| [24] ANGEL REYES-COLON; | Ernesto Hernandez-Milan (not present) |
| [25] JOSHUA CAMPOS; | Saul Roman-Santiago |
| [26] BRENDA RIOS-PEREZ; | Ignacio Fernandez (not present) |
| [27] EDWIN AMILL ROJAS; | Ramon Garay-Medina (not present) |
| [30] MARK A. MONTANER-MELENDEZ; | Jorge Gerena |
| [32] SAMUEL URBINA-ORTIZ; | Luz Rios-Rosario |
| [34] WILLIAM HOMMY BACHIER-FEBRES; | Jose Velez-Goveo |
| [40] ZULMA RIVERA-BENITEZ; | Jose Gaztambide |
| [46] ANGEL QUINTANA-MORENO; | Jose Aguayo |
| [50] KAREN RIVERA-FIGUEROA; | Alex Rosa (not present) |
| [54] CARLOS GOMEZ; | Jose G. Perez (not present) |
| [55] JUAN QUIROZ-GUTIERREZ; | Rosa Bonini (not present) |
| [58] LUZ COLON-MARTINEZ; | Kendys Pimentel-Soto |
| [59] JOSE ENRIQUE BATISTA; | David Ramos |
| [64] JOHN FONTANEZ-GONZALEZ; | Edgar Sanchez |
| [69] KEVIN WILLIAM-PENA. | Ramon Gonzalez-Santiago (substituted by Atty. Arce) |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that plea negotiations are ongoing.

**Designation of evidence due by 1/20/2020. Further Status Conference is set for February 5th, 2020 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk