**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

Scheduled: 9:00 AM
Started: 10:46 AM
Ended: 10:51 AM

**MINUTES OF PROCEEDINGS**

HONORABLE GUSTAVO A. GELPI, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sonia Cristina Cardona  DATE: February 5th, 2020

COURT REPORTER: Evilys Carrion  **CASE #: CR-16-591 (GAG)**

---

| UNITED STATES OF AMERICA | **ATTORNEYS:** |
|---|---|
| | AUSA Max Perez |
| VS. | |
| [1] JARET NAVEDO-MELENDEZ; | Diego Alcala-Laboy |
| [2] JULIO GONZALEZ-BURGOS; | Melanie Carrillo |
| [3] JOSE DAVIER CARVENTE-GUZMAN; | Jose Romo-Matienzo |
| [4] KILPATRICK ACOSTA-CRUZ; | Humberto Guzman (not present) |
| [5] SERGIO E. SANTA-OTERO; | Juan Masini |
| [6] JEANCRISTH REYES-MASSO; | Carlos Sanchez |
| [7] CARLOS HERNANDEZ-RODRIGUEZ; | Jorge Vega-Pacheco |
| [8] ANGEL ROMAN-AYALA; | Ruben Cerezo |
| [9] JESSENIA DIAZ-COLON; | Jose Novas-debien (not present) |
| [10] ELBA IRIS ESTRADA-NEGRON; | Juan Matos-De Juan |
| [11] RAFAEL O. ALVAREZ-CRUZ; | Francisco Adams |
| [12] NOEL MANZANO-CINTRON; | Laura Maldonado |
| [13] CARLOS HERNANDEZ-RODRIGUEZ; | Juan Alvarez-Cobian (not present) |
| [14] ALEXANDER DIAZ-DE JESUS; | Robert Odasz (substituted by Atty. Gerena) |
| [15] KENNY RODRIGUEZ-RODRIGUEZ; | Thomas Lincoln-San Juan |
| [16] LUIS A. RIOS-PEREZ; | Olga Shepard |
| [19] ROBERTO ROMERO-RIVERA; | Miriam Ramos-Grateroles |
| [20] ABRAHAM MARCANO-MELENDEZ; | Ovidio Zayas |
| [21] BENJAMIN SANTANA-GARCIA; | Giovanni Canino (substituted by Atty. Rosa) |
| [22] FREDDY LOPEZ-PEREZ; | Lydia Lizarribar (substituted by Atty. Maldonado) |
| [24] ANGEL REYES-COLON; | Ernesto Hernandez-Milan |
| [25] JOSHUA CAMPOS; | Saul Roman-Santiago (substituted by Atty. Maldonado) |
| [26] BRENDA RIOS-PEREZ; | Ignacio Fernandez (not present) |
| [27] EDWIN AMILL ROJAS; | Ramon Garay-Medina (not present) |
| [30] MARK A. MONTANER-MELENDEZ; | Jorge Gerena |
| [32] SAMUEL URBINA-ORTIZ; | Luz Rios-Rosario |
| [34] WILLIAM HOMMY BACHIER-FEBRES; | Jose Velez-Goveo |
| [40] ZULMA RIVERA-BENITEZ; | Jose Gaztambide (substituted by Atty. Diez) |
| [46] ANGEL QUINTANA-MORENO; | Jose Aguayo |
| [50] KAREN RIVERA-FIGUEROA; | Alex Rosa |
| [54] CARLOS GOMEZ; | Jose G. Perez |
| [55] JUAN QUIROZ-GUTIERREZ; | Rosa Bonini |
| [58] LUZ COLON-MARTINEZ; | Kendys Pimentel-Soto |
| [64] JOHN FONTANEZ-GONZALEZ; | Edgar Sanchez (substituted by Atty. Matos) |
| [69] KEVIN WILLIAM-PENA. | Ramon Gonzalez-Santiago (substituted by Atty. Rivera) |

**CASE CALLED FOR STATUS CONFERENCE:**

The government informed that plea negotiations are still ongoing and that several motions for change of plea should be filed soon.

Atty. Aguayo stated that his client wants to go to trial.

**Further Status Conference is set for June 10th, 2020 at 9:00 AM in Old San Juan Courtroom before Judge Gustavo A. Gelpi.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A) until the next conference.

*s/ Sonia Cristina Cardona*
Sonia Cristina Cardona
Courtroom Deputy Clerk